IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DISTRICT NO.1-PCD, MARINE ENGINEERS' BENEFICIAL ASSOCIATION, AFL-CIO<br><br>Plaintiff<br><br>vs.<br><br>NPR, INC. d/b/a "Navieras," THE HOLT GROUP, INC., SAN JUAN INTERNATIONAL TERMINALS, INC., AND SAN JUAN INTERNATIONAL TRANSPORT, INC.<br><br>Defendants | CIVIL NO. 98-2023 (JP) |

**FINAL JUDGMENT**

Pursuant to the joint Stipulation and Order of Dismissal (**docket No. 29**), which is hereby **GRANTED**, and Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES WITH PREJUDICE** the above-styled case. This Judgment is entered without the imposition of costs and attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this 17th day of December, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)